IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01132-WJM-BNB

ADONAY MORALES,

Plaintiff,

v.

LAKEVIEW RENOVATIONS, INC., d/b/a North American Property Services, Inc., and NORTHER AMERICAN BUILDING SERVICE GROUP,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

IT IS ORDERED that the plaintiff's **Unopposed Motion to Vacate Scheduling Conference** [Doc. # 13, filed 6/23/2014] is GRANTED, and the scheduling conference set for July 14, 2014, is VACATED.

DATED: June 24, 2014