**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  14-cv-01132-WJM-BNB

ADONAY MORALES,

    Plaintiff,

v.

LAKEVIEW RENOVATIONS, INC. d/b/a NORTH AMERICAN PROPERTY SERVICES, INC.,
and
NORTH AMERICAN BUILDING SERVICE GROUP,

    Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a); and the text only entry Order [23] entered by the Honorable William J. Martínez, United States District Judge on January 13, 2015,

IT IS ORDERED that pursuant to the parties' stipulation the Defendant's Motion to Dismiss is GRANTED.  Plaintiff's claim under the Fair Labor Standards Act is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that pursuant to the court declining to exercise supplemental jurisdiction over Plaintiff's remaining claims, the remaining claims are DISMISSED WITH PREJUDICE and the case is closed.

Dated at Denver, Colorado this __14th__ day of January 2015.

                          BY THE COURT:

                          JEFFREY P. COLWELL, CLERK

                          By: __s/Deborah Hansen__
                          Deborah Hansen, Deputy Clerk